UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO.  06-0282M-01 (CR) |
| **FABIAN MONROY-CARMONA,** | : | VIOLATIONS:   18 U.S.C. §1546(A)(1) |
| **Defendant.** | : | (Possession of Fraudulent Documents |
| | : | Prescribed for Authorized Stay or Employment |
| | : | in the United States); |
| | : | 18 U.S.C. §1028(a)(2) |
| | : | (False Identification Documents); |
| | : | 18 U.S.C. §1028A(A)(1) |
| | : | (Aggravated Identity Theft) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about June 17, 2006, within the District of Columbia, the defendant, **FABIAN MONROY-CARMONA**, did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a false social security card and a false resident alien card, knowing them to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(A)(1))

## COUNT TWO

On or about June 17, 2006, within the District of Columbia, the defendant, **FABIAN MONROY-CARMONA,** did knowingly transfer false identification documents, to wit, a social security card and a resident alien card, knowing that such documents were produced without lawful authority.

**(False Identification Documents**, in violation of Title 18, United States Code, Section 1028(a)(2))

## COUNT THREE

On or about June 17, 2006, within the District of Columbia, the defendant, **FABIAN MONROY-CARMONA,** did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Counts One and Two of this indictment, and such means of identification consisted of a false social security card with the a social security number that is fully known by the Grand Jury and identified herein by the last four digits, "5623," and a false resident alien card with the following alien registration number that is fully known by the Grand Jury and identified herein by the last four digits, "9401."

**(Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(A)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia